UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **RETAIL SERVICE SYSTEMS, INC.,** )<br>)<br>     **Plaintiff,**    )<br>)<br>**v.**    )<br>)<br>**CAROLINA BEDDING** )<br>**DIRECT, LLC,** *et al.*,    )<br>)<br>     **Defendants.**    )<br>_____ ) | **Case No. 2:13-cv-00994**<br><br>**Judge Smith**<br><br>**Magistrate Abel** |

**APPLICATION OF PLAINTIFF RETAIL SERVICE SYSTEMS, INC. FOR DEFAULT AGAINST DEFENDANT CAROLINA BEDDING DIRECT, LLC**

NOW COMES plaintiff Retail Service Systems, Inc. ("RSS"), pursuant to Fed. R. Civ. P. 55(a), and respectfully asks the Clerk of Court to enter default against defendant Carolina Bedding Direct, LLC ("Carolina Bedding"). The grounds for this application are set forth in the attached memorandum in support and affidavit, and a proposed entry of default is filed concurrently herewith.


Date: November 20, 2013         /s/ Shawn J. Organ
                                Shawn J. Organ (OH 0042052)
                                (sjorgan@ocslawfirm.com)
                                   *Trial Attorney*
                                Douglas R. Cole (OH 0070665)
                                (drcole@ocslawfirm.com)
                                **Organ Cole + Stock LLP**
                                1335 Dublin Road, Suite 104D
                                Columbus, Ohio  43215
                                614.481.0900
                                614.481.0904 (f)

                                *Attorneys for Plaintiff Retail Service Systems, Inc.*

## MEMORANDUM IN SUPPORT

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 55(a).  Plaintiff RSS filed suit against defendants Carolina Bedding and Mattress By Appointment, LLC on October 4, 2013.  (ECF No. 1).  RSS served Carolina Bedding with the complaint by certified mail on October 12, 2013.  (Doc. No. 4).  Pursuant to Fed.R.Civ.P. 12(a)(1)(A)(i), Carolina Bedding had 21 days, or until November 4, 2013 (since the twenty-first day fell on Saturday, November 2, 2013), to file a responsive pleading.  Carolina Bedding has not done so, as indicated by the docket and in the attached affidavit of RSS's counsel, Shawn J. Organ, Esq.

Accordingly, RSS asks the Clerk of Court to enter default against Carolina Bedding, per Federal Rule of Civil Procedure 55(a).

Dated: November 20, 2013                   Respectfully submitted,

/s/ Shawn J. Organ
Shawn J. Organ (OH 0042052)
(sjorgan@ocslawfirm.com)
  *Trial Attorney*
Douglas R. Cole (OH 0070665)
(drcole@ocslawfirm.com)
**Organ Cole + Stock LLP**
1335 Dublin Road, Suite 104D
Columbus, OH  43215
614.481.0900
614.481.0904 (f)

*Attorneys for Plaintiff Retail Service Systems, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 20, 2013, a copy of the foregoing was filed with the Court's Electronic Filing System, which will notify all counsel of record. In addition, a copy of the foregoing was served upon the following by U.S. Mail:

> Carolina Bedding Direct, LLC
> c/o Statutory Agent Nicholas Lyle
> 5275 Cleves Warsaw Pike
> Cincinnati, Ohio  45238
>
> Mattress By Appointment, LLC
> 320 1st Street North, Apt. 904
> Jacksonville Beach, Florida  32250

/s/ Shawn J. Organ
One of the attorneys for Plaintiff Retail Service Systems, Inc.