UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| RETAIL SERVICE SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-00994 |
| ) | |
| v. ) | Judge Smith |
| ) | |
| CAROLINA BEDDING ) | Magistrate Abel |
| DIRECT, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF SHAWN J. ORGAN

PERSONALLY came and appeared before me, the undersigned Notary, the within named Shawn J. Organ, Organ Cole + Stock, LLP, 1335 Dublin Road, Suite 104D, Columbus, Ohio, and makes this his statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts and things set forth are true and correct to the best of his knowledge:

1. I have personal knowledge of the facts set forth below, and could competently testify as to them if called upon to do so.

2. I am one of the attorneys for plaintiff Retail Service Systems, Inc. ("RSS") in this matter.

3. On October 4, 2013, the Complaint in his matter was filed, which requested that a summons be issued as to defendants Carolina Bedding Direct, LLC, and Mattress By Appointment, LLC.

4. On October 9, 2013, the Clerk of Courts of the Southern District of Ohio issued the summons by United States Postal Service certified mail. A certificate of this mailing is attached hereto as Exhibit 1.

5. On October 12, 2013, the statutory agent of Carolina Bedding Direct, LLC, signed the certified mail receipt indicating delivery of this package, bearing tracking number 7012 1640 0002 0772 7543. A copy of this receipt is attached hereto as Exhibit 2.

6. I have not spoken with any representatives of Carolina Bedding Direct, LLC, nor have I been contacted by the company.

7. Carolina Bedding Direct, LLC has failed to answer or otherwise plead in this matter.

FURTHER AFFIANT SAYETH NAUGHT.

Sworn to and subscribed to before me this 20th day of November, 2013.

_____
Shawn J. Organ

GERROD LOUIS BEDE, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

_____
NOTARY PUBLIC

My Commission Expires:

2