**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Retail Service Systems, Inc.

    Plaintiff,                   Case No. 2:13-cv-994

v.

                                    JUDGE SMITH

Carolina Bedding Direct, LLC,
et al.,

                                    JUDGE ABEL

    Defendant.

**CERTIFICATE OF MAILING BY CLERK**

**Ordinary mail service** has been done by the Clerk, U.S. District Court on December 6, 2013. A copy of the Summons and Complaint were sent by ordinary mail to the following location:

Mattress By Appointment, LLC
c/o Statutory Agent Darren B. Conrad
320 1st Street North, Apt. 904
Jacksonville Beach, FL 32250-6949

                                    John P. Hehman, Clerk

                        By:  /s/ Susan Rasoletti
                              Susan Rasoletti, Deputy Clerk