**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| RETAIL SERVICE SYSEMS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 2:13-cv-994 |
| v. | : | |
| | : | Judge George C. Smith |
| CAROLINA BEDDING DIRECT, LLC, *et al.*, | : | |
| | : | Magistrate Judge Mark Abel |
| | : | |
| Defendants. | : | |

**SCHEDULING ORDER**

Pursuant to the Court's February 20, 2014 Order (Doc. 29 at p.7), Plaintiff Retail Service Systems, Inc. ("RSS") and Defendant Carolina Bedding Direct, LLC, a dissolved North Carolina limited liability company ("Carolina Bedding (NC)") submitted a proposed scheduling which is hereby ADOPTED as modified below:

1.  Parties will submit a proposed Protective Order to the Court on or before **March 7, 2014.**

2.  Written Discovery was served by Plaintiff RSS on February 14, 2014**.**  Responses will be due from Carolina Bedding (NC) on or before:

    a.  Defendant says**:  March 10, 2014** (12 business days from the 2/20/14 Order expediting discovery, in part).

    b.  Plaintiff says:  **March 5, 2014** (12 business days from the 2/14/14 service)

3.  Written discovery was served by Defendant Carolina Bedding (NC) on February 21, 2014.  Responses will be due from Plaintiff RSS on or before **March 11, 2014**.

4.  **March 18, 2014** – A status conference will be held with Magistrate Judge Abel regarding any discovery dispute(s) that the Parties have attempted, but failed, to resolve as required by S.D. Ohio Civ. R. 37.1.

    5.  Depositions will take place **March 19 through April 18, 2014**

6.  **April 18, 2014** – Discovery closes.

7.  Briefing Schedule – Rule 55 Motions to Set Aside Entries of Default (Doc Nos. 18 & 27): Briefing shall be as provided in S.D. Ohio Civ. R. 7.2.

8.      Before the hearing on the motions for default judgment and to set aside entry of default, the parties may—if they so choose--file simultaneous briefs regarding jurisdiction, the *prima facie* showing of liability, and damages on or before May 2, 2014, with simultaneous responses due on or before May 9, 2014.

9.      A Hearing Date, and any pre-hearing briefing, will be scheduled, if necessary, by the Court, with input from the parties at a status conference to be conducted within seven (7) days of the Court's Ruling on the pending Rule 55 motions.

10.     If one or more of the Rule 55 motions are granted, further discovery and case deadlines will be set by the Court, with input from the parties at a status conference to be conducted within seven (7) days of the Court's Ruling on the pending Rule 55 motions.

The Clerk of Court is DIRECTED to terminate plaintiff's February 13, 2014 motion to compel (doc. 24), February 16, 2014 motion to expedite discovery (doc. 26), and defendant's February 20, 2014 motion to continue the February 20 evidentiary hearing (doc. 28), because they were discussed and resolved by my February 13, 2014 Order (doc. 25) and February 20, 2014 Scheduling Order (doc. 29).


s/Mark R. Abel
Magistrate Judge Mark R. Abel