IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Retail Service Systems, Inc.,** | : | |
| Plaintiff, | : | Civil Action 2:13-cv-00994 |
| v. | : | Judge Smith |
| **Carolina Bedding Direct, LLC,** *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

# <u>ORDER</u>

This matter is before the Court on plaintiff Retail Service System's, Inc.'s January 20, 2015 motion for default judgment against Carolina Bedding Direct ,LLC (doc. 114). Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, plaintiff Retail Service Systems, Inc. ("RSS") is entitled to a default judgment against defendant Carolina Bedding Direct, LLC ("Carolina Bedding (NC)"), in an amount to be determined at a damages hearing. Defendant has not filed a responsive pleading or otherwise appeared in this matter, and Defendant's time both to file an answer pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) and to retain new counsel in this matter pursuant to this Court's order (ECF No. 107) has expired. Accordingly, RSS applied to the Clerk of Court for entry of default against Carolina Bedding (NC), and the Clerk entered that default on December 5, 2014. (*See* ECF Nos. 111-112).

Accordingly, the Motion of Plaintiff Retail Service Systems, Inc. for Default Judgment Against Defendant Carolina Bedding Direct, LLC (doc. 114) is hereby **GRANTED**, and a Default Judgment against Defendant Carolina Bedding is to be **ENTERED**.

Further, the Court **GRANTS** a permanent injunction enjoining Carolina Bedding (NC) from the use of RSS's trade secrets and proprietary materials.

**IT IS SO ORDERED.**

    *s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**